(No. 74-CC-150—Claimant 

WILMA J. THOMAS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed February 14, 1974.*

WILMA J. THOMAS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PERLIN, C. J.05.